# EXHIBIT A

# DECLARATION

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original and first inventor of the subject matter which is claimed and for which a patent is sought on the invention entitled

**Method, process, system and apparatus for normalization of data and events from disparate Physical Access Control and Security Monitoring Systems for enforcement of standardized Rules, created through Visual Policy editor, affecting persistence, propagation of data and generation of alerts and notifications for physical security, network and IT systems.**

The specification of which is attached hereto.

I further state that I do not know and do not believe that the above named invention has ever been known or used in the United States before my invention thereof, or patented or described in any printed publication in any country before my invention thereof, or more than one year prior to this application, or in public use or on sale in the United States more than one year prior to this application: that the invention has not been patented or made the subject of any inventor's certificate in any country foreign to the United States on an application; and that no application for patent of inventor's certificate on the invention has been filed by me or my representatives or assigns in any country foreign to the United States, except as identified below.

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims (if included), as amended by any amendment if applicable.

I acknowledge the duty to disclose to the Office all information known to me to be material to patentability as defined in Title 37, Code of Federal Regulations, Section 1.56.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issue thereon.

HID-00002088

*VIKRANT GHAI*
Full Name of Inventor                    Inventor's Signature          Date: 08-11-2006

*45036 COUGAR CIRCLE, FREMONT, CA 94539*
Residence

**United States**
Permanent Resident

*SHAILENDRA SHARMA*
Full Name of Inventor                    Inventor's Signature          Date: 08-11-2006

*1006 HAMILTON AVE, MILPITAS, CA 95035*
Residence

**United States**
Permanent Resident

*AJAY JAIN*
Full Name of Inventor                    Inventor's Signature          Date: 08-11-2006

*4131 MACKIN WOODS LANE, SAN JOSE, CA 95135*
Residence

**United States**
Permanent Resident

2

HID-00002089

EXHIBIT B

## <u>DECLARATION AND POWER OF ATTORNEY</u>
(Docket No. QSEC.P001)

As a below-named inventor, I hereby declare that:

My residence, mailing address, and citizenship are as stated below next to my name.

I believe I am an original, first and joint inventor of the inventions described and claimed in the specification filed:

  __X__ HEREWITH,

_____ on _____, Application Number _____,

and entitled:

## PHYSICAL ACCESS CONTROL AND SECURITY MONITORING SYSTEM UTILIZING A NORMALIZED DATA FORMAT

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment specifically referred to herein.

I acknowledge the duty to disclose information that is material to the examination of this application in accordance with 37 CFR § 1.56.

I hereby appoint the **registered patent practitioners associated with Customer Number 53186** with full power of substitution and revocation, to prosecute this application and transact all business in the U.S. Patent and Trademark Office connected therewith. The current mailing address and telephone and facsimile numbers are:

      P.O. Box 9686
      San Jose, California 95157

      Tel:   (408) 342-1900
      Fax:  (408) 342-1909

HID-00000408

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Inventor:       Vikrant Ghai
Address:        45036 Cougar Circle
                Fremont, CA  94539

Residence:      Fremont, CA

Citizenship:    IN

Date: _8 - 13 - 07_                         _____
                                           Vikrant Ghai


Inventor:       Shailendra Sharma
Address:        1006 Hamilton Ave.
                Milpitas, CA  95035

Residence:      Milpitas, CA

Citizenship:    IN

Date: _8 - 13 - 07_                         _____
                                           Shailendra Sharma


Inventor:       Ajay Jain
Address:        4131 Mackin Woods Lane
                San Jose, CA  95135

Residence:      San Jose, CA

Citizenship:    IN

Date: _8 - 13 - 07_                         _____
                                           Ajay Jain

Page -2-

HID-00000409

EXHIBIT C

U. S PTO
11/893057
08/14/2007

Form PTO-1595 (Rev. 07/05)
OMB No. 0651-0027 (exp. 6/3C

08-23-2007

U.S. DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

|||||||||||||||||||||||||

SHEET               QSEC.P001

103439092

To the Director of the U.S    ...hed documents or the new address(es) below.

| 1. Name of conveying party(ies) | 2. Name and address of receiving party(ies) |
|---|---|
| Vikrant Ghai, Shailendra Sharma, Ajay Jain | Name: Quantum Security, Inc. |
| | Internal Address: 100 Century City Court, Suite 501 |
| Additional name(s) of conveying party(ies) attached? ☐ Yes ☑ No | Street Address: _____ |

**3. Nature of conveyance/Execution Date(s):**

Execution Date(s) August 13, 2007

☑ Assignment          ☐ Merger
☐ Security Agreement  ☐ Change of Name
☐ Joint Research Agreement
☐ Government Interest Assignment
☐ Executive Order 9424, Confirmatory License
☐ Other _____

City: San Jose

State: CA

Country: USA                    Zip: 95112

Additional name(s) & address(es) attached? ☐ Yes ☑ No

**4. Application or patent number(s):**     ☑ This document is being filed together with a new application.

A. Patent Application No.(s)               B. Patent No.(s)

11/893057

Additional numbers attached? ☐ Yes ☑ No

| 5. Name and address to whom correspondence concerning document should be mailed: | 6. Total number of applications and patents involved: 1 |
|---|---|
| Name: Geoffrey T. Staniford | 7. Total fee (37 CFR 1.21(h) & 3.41)  $ 40.00 |
| Internal Address: _____ | ☑ Authorized to be charged by credit card |
| Courtney Staniford & Gregory LLP | ☐ Authorized to be charged to deposit account |
| Street Address: 10001 N. De Anza Blvd., Suite 300 | ☐ Enclosed |
| | ☐ None required (government interest not affecting title) |
| City: Cupertino | **8. Payment Information** |
| State: CA           Zip: 95014 | a. Credit Card   Last 4 Numbers 6544 |
| Phone Number: 408-342-1904 | Expiration Date 08/09 |
| Fax Number: 408-342-1909 | b. Deposit Account Number _____ |
| Email Address: gstaniford@csglp.com | Authorized User Name Geoffrey T. Staniford |

**9. Signature:**

_____
Signature

Geoffrey T. Staniford
Name of Person Signing

August 14, 2007
Date

Total number of pages including cover
sheet, attachments, and documents:   3

Documents to be recorded (including cover sheet) should be faxed to (571) 273-0140, or mailed to:
Mail Stop Assignment Recordation Services, Director of the USPTO, P.O.Box 1450, Alexandria, V.A. 22313-1450

08/16/2007 EHAILE1  00000018 11893057
04 FC:8021

40.00 OP

PATENT
REEL: 019751 FRAME: 0842

HID-00045572

# ASSIGNMENT

In consideration of good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, **Vikrant Ghai, Shailendra Sharma, and Ajay Jain**, the undersigned Assignor, believing to be the original, first and sole or joint inventor of any and all new and useful improvements disclosed in the application for the United States patent entitled

## PHYSICAL ACCESS CONTROL AND SECURITY MONITORING SYSTEM UTILIZING A NORMALIZED DATA FORMAT

hereby sell, assign, and transfer to **Quantum Secure, Inc.,** having a principal place of business at 100 Century Center Court, Suite 501, San Jose, CA 95112 ("Assignee"), and its successors, assigns, and legal representatives, the entire right, title, and interest for the United States and all foreign countries, in and to any and all improvements that are disclosed in the same patent application

   ___ which was filed with the United States Patent and Trademark Office on _____, and which was assigned Application Number _____.

   _X_ which has been executed by the undersigned prior hereto or concurrently herewith on the dates indicated below.

The undersigned further sell, assign, and transfer to Assignee said application and all divisional applications, continuation applications, continued prosecution applications, continuation-in-part applications, substitute applications, renewal applications, reissue applications, reexaminations, extensions, and all other patent applications that have been or shall be filed in the United States and all foreign countries on any of said improvements; and in and to all original patents, reissued patents, reexamination certificates, and extensions, that have been or shall be issued in the United States and all foreign countries on said improvements; and in and to all rights of priority resulting from the filing of said United States application; and the right to file foreign applications directly in the name of the Assignee and to claim for any such foreign applications any priority rights to which such applications are entitled under international conventions, treaties or otherwise.

The undersigned further agree that said Assignee may apply for and receive a patent or patents for said improvements in its own name; and that, when requested, without charge to, but at the expense of, said Assignee, its successors, assigns, and legal representatives, to carry out in good faith the intent and purpose of this Assignment, the undersigned will execute all divisional applications, continuation applications, continued prosecution applications, continuation-in-part applications, substitute applications, renewal applications, reissue applications, reexaminations, extensions and all other patent applications on any and all said improvements; execute all rightful oaths, assignments, powers of attorney, and other papers; communicate to said Assignee, its successors, assigns, and representatives all facts known to the undersigned relating to said improvements and the history thereof; and generally assist said Assignee, its successors, assigns,

Atty. Docket No. QSEC.P001      - 1 -

or representatives in securing and maintaining proper patent protection for said improvements and for vesting title to said improvements, and all applications for patents and all patents on said improvements, in said Assignee, its successors, assigns, and legal representatives.

The undersigned covenant with said Assignee, its successors, assigns, and legal representatives that no assignment, grant, mortgage, license, or other agreement affecting the rights and property herein conveyed has been made to others by the undersigned, and that full right to convey the same as herein expressed is possessed by the undersigned.

The undersigned hereby authorize and request the Officials of the United States Patent and Trademark Office and any and all foreign Patent Offices to issue any and all Letters Patents, when granted, to said Assignee as the assignee of the entire right, title and interest in and to the same, for the sole use of said Assignee, its successors and assigns, to the full end of the term for which said Letters Patents may be granted.

The undersigned hereby grant to the practitioners at Customer Number 53186, the Customer Number of Courtney Staniford & Gregory LLP, the power to insert on this document any further identification necessary or desirable to comply with the rules of the United States Patent and Trademark Office for recordation of this Assignment.


**Inventor/Assignor: Please Sign and Date Below:**


_8- 1 3_ , 2007          _____
Date                     Name:  Vikrant Ghai


_8-1 3_ , 2007           _____
Date                     Name:  Shailendra Sharma


_8- 1 3_ , 2007          _____
Date                     Name:  Ajay Jain


Atty. Docket No. QSEC.P001          - 2 -

PATENT
REEL: 019751 FRAME: 0844

HID-00045574

# ASSIGNMENT

In consideration of good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, **Vikrant Ghai, Shailendra Sharma, and Ajay Jain**, the undersigned Assignor, believing to be the original, first and sole or joint inventor of any and all new and useful improvements disclosed in the application for the United States patent entitled

## PHYSICAL ACCESS CONTROL AND SECURITY MONITORING SYSTEM UTILIZING A NORMALIZED DATA FORMAT

hereby sell, assign, and transfer to **Quantum Secure, Inc.,** having a principal place of business at 100 Century Center Court, Suite 501, San Jose, CA 95112 ("Assignee"), and its successors, assigns, and legal representatives, the entire right, title, and interest for the United States and all foreign countries, in and to any and all improvements that are disclosed in the same patent application

___ which was filed with the United States Patent and Trademark Office on _____, and which was assigned Application Number _____.

_X_ which has been executed by the undersigned prior hereto or concurrently herewith on the dates indicated below.

The undersigned further sell, assign, and transfer to Assignee said application and all divisional applications, continuation applications, continued prosecution applications, continuation-in-part applications, substitute applications, renewal applications, reissue applications, reexaminations, extensions, and all other patent applications that have been or shall be filed in the United States and all foreign countries on any of said improvements; and in and to all original patents, reissued patents, reexamination certificates, and extensions, that have been or shall be issued in the United States and all foreign countries on said improvements; and in and to all rights of priority resulting from the filing of said United States application; and the right to file foreign applications directly in the name of the Assignee and to claim for any such foreign applications any priority rights to which such applications are entitled under international conventions, treaties or otherwise.

The undersigned further agree that said Assignee may apply for and receive a patent or patents for said improvements in its own name; and that, when requested, without charge to, but at the expense of, said Assignee, its successors, assigns, and legal representatives, to carry out in good faith the intent and purpose of this Assignment, the undersigned will execute all divisional applications, continuation applications, continued prosecution applications, continuation-in-part applications, substitute applications, renewal applications, reissue applications, reexaminations, extensions and all other patent applications on any and all said improvements; execute all rightful oaths, assignments, powers of attorney, and other papers; communicate to said Assignee, its successors, assigns, and representatives all facts known to the undersigned relating to said improvements and the history thereof; and generally assist said Assignee, its successors, assigns,

Atty. Docket No. QSEC.P001                    - 1 -

or representatives in securing and maintaining proper patent protection for said improvements and for vesting title to said improvements, and all applications for patents and all patents on said improvements, in said Assignee, its successors, assigns, and legal representatives.

The undersigned covenant with said Assignee, its successors, assigns, and legal representatives that no assignment, grant, mortgage, license, or other agreement affecting the rights and property herein conveyed has been made to others by the undersigned, and that full right to convey the same as herein expressed is possessed by the undersigned.

The undersigned hereby authorize and request the Officials of the United States Patent and Trademark Office and any and all foreign Patent Offices to issue any and all Letters Patents, when granted, to said Assignee as the assignee of the entire right, title and interest in and to the same, for the sole use of said Assignee, its successors and assigns, to the full end of the term for which said Letters Patents may be granted.

The undersigned hereby grant to the practitioners at Customer Number 53186, the Customer Number of Courtney Staniford & Gregory LLP, the power to insert on this document any further identification necessary or desirable to comply with the rules of the United States Patent and Trademark Office for recordation of this Assignment.

**Inventor/Assignor: Please Sign and Date Below:**

8 - 13 , 2007    Name: Vikrant Ghai
Date

8 - 13 , 2007    Name: Shailendra Sharma
Date

8 - 13 , 2007    Name: Ajay Jain
Date

RECORDED: 08/14/2007

PATENT
REEL: 019751 FRAME: 0846

HID-00045576

EXHIBIT D