Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

Jennifer Ying
(302) 351-9243
(302) 225-2570 FAX
jying@morrisnichols.com

July 18, 2023

The Honorable Gregory B. Williams                              *VIA ELECTRONIC FILING*
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

        Re:    *HID Global Corp. v. Vector Flow, Inc. et al.*,
              C.A. No. 21-1769 (GBW) (Consolidated)

Dear Judge Williams:

      Pursuant to D. Del. LR 7.1.2(b), I write on behalf of Plaintiff HID Global ("HID") to advise the Court of the following subsequent event relating to HID's Motion for Summary Judgment of Assignor Estoppel on the '704 Patent (*see* D.I. 143-146, 150-151, 156, "the Motion Briefing"), which remains pending before the Court.[1]

      As noted the Motion Briefing, Defendant Vector Flow, Inc. filed a petition for *inter partes* review of the '704 Patent in December 2022. *See, e.g.,* D.I. 144 at 12 n.3; D.I. 150 at 9 n.4. Yesterday, the Patent Trial and Appeal Board ("PTAB") denied institution of Vector Flow's IPR petition. *See* Ex. 1.[2] In denying institution, the PTAB noted that Vector Flow's IPR petition "includes substantial overlap" with its invalidity case presented in district court (Institution Decision at 22),[3] and that Vector Flow had failed to raise a "[c]ompelling, meritorious challenge" under the preponderance standard of unpatentability under *Fintiv* Factor 6. Institution Decision at 23-25.

---

[1]     As the Court may recall, at the Rule 16 Scheduling Conference in December 2022, the Court granted HID's request for leave to file an early summary judgment motion on the limited issue of assignor estoppel. *See* December 14, 2023 Tr. at 6:8-18; D.I. 127 at ¶ 13(d).

[2]     A copy of the PTAB's decision denying institution is attached as Exhibit 1.

[3]     The parties exchanged opening expert reports on July 3, 2023. *See* D.I. 309, 311. Vector Flow's opening invalidity expert report is essentially a copy-and-paste from its IPR petition.

The Honorable Gregory B. Williams
July 18, 2023
Page 2

Counsel is available should the Court have any questions.

Respectfully,

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

JY/lo
Attachment
cc:   Clerk of the Court (via hand delivery)
       All Counsel of Record (via CM/ECF and e-mail)