OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Randall Lohan
CLERK OF COURT

844 North King Street, Unit 18
Wilmington, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

March 19, 2024

**Theodore Allan Kittila**
**William Edward Green, Jr.**
Halloran Farkas and Kittila LLP
5801 Kennett Pike
Suite C/D
Wilmington, DE 19807

      RE:    HID Global Corporation v. Vector Flow, Inc.
                Ca. No. 1:21-cv-1769-GBW

Dear counsel:

    Enclosed is a copy of a letter sent by your client to the Court. The correspondence will not be docketed by the Clerk's Office nor forwarded to opposing counsel.

    Please be advised that the court will not in the future review any such correspondence from your client so long as he is represented by counsel unless the correspondence is filed/forwarded to the Court by counsel. Thank you for your cooperation.

                      Sincerely,

                      Randall Lohan
                      CLERK OF COURT

/mpb
Enclosures as stated
cc: Tina Huston (w/o enclosures)